No. 03–8622. HARRINGTON *v.* NORTHWEST AIRLINES, INC. Ct. App. Minn. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until April 12, 2004, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 03–8963. IN RE MEADOR; and
No. 03–9073. IN RE RODRIGUEZ. Petitions for writs of habeas corpus denied.

No. 03–1021. IN RE KAIMOWITZ;
No. 03–8292. IN RE COLE;
No. 03–8298. IN RE SISSON;
No. 03–8514. IN RE PRICE; and
No. 03–8979. IN RE WALLACE. Petitions for writs of mandamus denied.

No. 03–8476. IN RE SHERRILLS. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.

No. 03–8492. IN RE SIMMONS. Petition for writ of prohibition denied.